Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

CRISTIAN MIGUEL BUSTOS,

   Defendant.

2:22-CR-67-RMP

INDICTMENT

Vio.: 18 U.S.C. §§ 922(g)(1),
924(a)(2)
Felon in Possession of a Firearm
(Counts 1 and 4)

21 U.S.C. § 841(a)(1),
(b)(1)(B)(viii)
Possession with Intent to
Distribute 50 Grams of
Methamphetamine
(Count 2)

21 U.S.C. § 841(a)(1), (b)(1)(C)
Possession with Intent to
Distribute Fentanyl
(Count 3)

18 U.S.C. § 924, 28 U.S.C.
§ 2461, 21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT ONE

On or about November 30, 2021, in the Eastern District of Washington, the Defendant, CRISTIAN MIGUEL BUSTOS, knowing of his status as a person

INDICTMENT-1

previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Smith & Wesson Model M&P Shield 9mm caliber pistol, bearing serial number JDJ3347, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

### COUNT TWO

On or about or about November 30, 2021, in the Eastern District of Washington, the Defendant, CRISTIAN MIGUEL BUSTOS, knowingly possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

### COUNT THREE

On or about or November 30, 2021, in the Eastern District of Washington, the Defendant, CRISTIAN MIGUEL BUSTOS, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

### COUNT FOUR

On or about May 11, 2022, in the Eastern District of Washington, the Defendant, CRISTIAN MIGUEL BUSTOS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Springfield model XDS 9mm pistol bearing serial number S4904402, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

//
//

INDICTMENT-2

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, CRISTIAN MIGUEL BUSTOS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

Count 1

- Smith & Wesson, model M&P Shield, 9mm caliber pistol, bearing S/N: JDJ3347, with magazine;
- Eight (8) rounds of 9mm caliber Remington ammunition;
- Thirteen (13) rounds of 9mm caliber of assorted ammunition in a small box; and,
- One (1) round of .380 auto caliber Federal ammunition.

Count 4

- HS Produkt, model XDS, 9mm caliber pistol, bearing S/N: S4904402, with magazine;
- Seven (7) rounds of 9mm caliber Hornady ammunition; and,
- Nine (9) rounds of 9mm caliber Sellier & Bellot ammunition.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant CRISTIAN MIGUEL BUSTOS,, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

INDICTMENT-3

Counts 2 and 3

- Smith & Wesson, model M&P Shield, 9mm caliber pistol, bearing S/N: JDJ3347, with magazine;
- Eight (8) rounds of 9mm caliber Remington ammunition;
- Thirteen (13) rounds of 9mm caliber of assorted ammunition in a small box; and,
- One (1) round of .380 auto caliber Federal ammunition.

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 7 day of June 2022.

A TRUE BILL

Foreperson

Vanessa R. Waldref
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT-4